UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 13 1998

MICHAEL N. MILBY

| | |
|---|---|
| SHERRI THOMAS, | § |
| Plaintiff, | § |
| versus | §    CIVIL ACTION H-98-144 |
| KELSEY-SEYBOLD MEDICAL GROUP, P.A., | § |
| Defendant. | § |

## Final Judgment

Sherri Thomas takes nothing from Kelsey-Seybold Medical Group, P.A.

Signed November ___12___, 1998, at Houston, Texas.

Lynn N. Hughes
United States District Judge